IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| Michael Alonza Rufus, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| vs. | ) | Civil Action No. 6:10-309-TLW-WMC |
| Saagu Zeleke, | ) | |
| Respondent. | ) | |

# ORDER

Petitioner, Michael Alonza Rufus, ("petitioner"), brought this civil action, *pro se*, pursuant to 28 U.S.C. § 2241 on February 11, 2010. (Doc. #1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge William M. Catoe, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the District Court dismiss the petition for a writ of habeas corpus without prejudice and without issuance and service of process. (Doc. # 8). The petitioner filed objections to the report. (Doc. # 11). In conducting this review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections...The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

<u>Wallace v. Housing Auth. of the City of Columbia</u>, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of the standard set forth in <u>Wallace</u>, the Court has reviewed, <u>de</u> <u>novo</u>, the Report and the objections. After careful review of the Report and objections thereto, the Court **ACCEPTS** the Report. (Doc. # 8). Therefore, for the reasons articulated by the Magistrate Judge, the petition for a writ of habeas corpus is **DISMISSED** without prejudice and without issuance and service of process upon the Respondent. Additionally, the Motion to Supplement Petition for Writ of Habeas Corpus is **DENIED**. (Doc. # 12).

**IT IS SO ORDERED**.

   s/Terry L. Wooten
United States District Judge

February 25, 2010
Florence, South Carolina